2008R00576/ewm

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 09-215 (DMC) |
| v. : | |
| NIGEL ROBERTS, : | |
|     a/k/a "Skang," : | |
|     a/k/a "Tony Reid," : | |
| CORTNIE SPENCER, : | |
|     a/k/a "Skippy," : | |
|     a/k/a "Donovan Grey," : | |
| PRINE GEORGE ALFONSO JONES, : | ORDER |
|     a/k/a "Prince," : | |
| ROGER FOLKES, : | |
|     a/k/a "Kirk," : | |
| ROMEO FOLKES : | |
|     a/k/a "Rocky," : | |
| MERVIN FRANCIS, : | |
| TAJARA BARNES, and : | |
| GENARD HOWARD : | |

    This matter having been opened to the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (Eric W. Moran, Assistant U.S. Attorney, appearing), and counsel for defendant Prine George Alfonso Jones (Olubukola O. Adetula, Esq., appearing) having consented to the instant order, and good cause having been shown, the Court makes the following findings:

    1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161. For example, this is complex in that it is a

- 1 -

wiretap case that involves recorded calls over two target telephone facilities, which took place over the course of approximately three months, and will involves the review of thousands of calls and the transcription and transcription of possibly hundreds calls that are thus far deemed pertinent.

2. The defendants are alleged to be members of an international narcotics smuggling organization whose goal it was to smuggle cocaine from the West Indies, that is, Jamaica and Saint Lucia, into the United States, and then to export the cocaine from the United States to Great Britain and elsewhere for distribution. Accordingly, the allegations attendant with this case may involve evidence from multiple countries.

3. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to pursue such negotiations, which possibly could render trial of this matter unnecessary.

4. The ends of justice served by a continuance of the trial date in this matter until April 9, 2013 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this __17th__ day of January, 2013,

ORDERED that the trial date in this matter is continued until April 9, 2013, and that the period of time from the entry of this order through April 9, 2013 shall be excluded for the

purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

HON. DENNIS M. CAVANAUGH
United States District Judge

- 3 -

We hereby consent to the form
and entry of this Order

        PAUL J. FISHMAN
        UNITED STATES ATTORNEY

By:    */s/ Eric W. Moran*
        ERIC W. MORAN
        Assistant U.S. Attorney

        */s/ Olubukola O. Adetula*
        Olubukola O. Adetula, Esq.
        Counsel for defendant
        Prine George Alfonso Jones